CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Rashien Ameen Phillips SR.   QP4003
**Full Name of Plaintiff**   **Inmate Number**

Civil No. 1:23-CV-1803
(to be filled in by the Clerk's Office)

v.

(SCI) Huntingdon
**Name of Defendant 1**

(__) Demand for Jury Trial
(__) No Jury Trial Demand

(SCI) Smithfied
**Name of Defendant 2**

(SCI) Camp Hill
**Name of Defendant 3**

**FILED
SCRANTON**

OCT 3 1 2023

PER   DJ
DEPUTY CLERK

Dauphin County Court
**Name of Defendant 4**

_____
**Name of Defendant 5**

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

I.   NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

___   Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___   Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

___   Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

Page 1 of 6

## II. ADDRESSES AND INFORMATION

### A. PLAINTIFF

Phillips SR., Rashien, A.
Name (Last, First, MI)

QP 4003
Inmate Number

(SCI) Huntingdon
Place of Confinement

1100 Pike Line
Address

Huntingdon, PA
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee

___ Civilly committed detainee

___ Immigration detainee

✓ Convicted and sentenced state prisoner

___ Convicted and sentenced federal prisoner

### B. DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

(SCI) Huntingdon
Name (Last, First)

Ms. Wilson
Current Job Title

Records Specialist
Current Work Address

Huntingdon, PA
City, County, State, Zip Code

Defendant 2:

Name (Last, First)
(SCI) Smithflied

Current Job Title
"Records Specialist

Current Work Address
Smithflied, PA

City, County, State, Zip Code


Defendant 3:

Name (Last, First)
(SCI) Camp Hill

Current Job Title
"Records Specialist

Current Work Address
P.O. Box 8837, 2500 Lisburn Rd. Camp Hill, PA 17001

City, County, State, Zip Code


Defendant 4:

Name (Last, First)
Patti A. Sites

Current Job Title
Acting Clerk of Court

Current Work Address
101 Market St. Rm 100 Hbg, PA 17101

City, County, State, Zip Code


Defendant 5:

Name (Last, First)

Current Job Title

Current Work Address

City, County, State, Zip Code

Page 3 of 6

### III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

(SCI's) Smithflied, CampHill, Huntingdon, And Dauphin County Court

B. On what date did the events giving rise to your claim(s) occur?

October 22, 2023, On 09/23/22 Judge Marsico Sentence Mr. Phillips Sr. to 12mos-24mos with all of the time credit on this docket CP-22-CR-0005260-2019 as well as a concurrent docket.

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

Mr. Phillips Sr. was charge and incarcerated on the date of 09/17/2019 thru 11/06/2019, Mr. Phillips Sr. was released on bail 11/06/2019 to finish a sentence in York County Prison, on the date of 01/17/2020 thru 01/24/2020 Mr. Phillips Sr. was place in Dauphin County Prison on the above docket total of 55 days waiting for trial, Mr. Phillips Sr. was placed back into York County Prison Custody on date of 01/24/2020 to finish a sentence in York County Prison, on the date of 02/21/2020 thru 02/27/2020 Mr. Phillips Sr. was placed into Dauphin County Prison on the above docket bringing the docket to the total of 61 days of time serv, Mr. Phillips Sr. was placed back into York County Prison Custody to finish a docket, once finish an release from York County Prison Mr. Phillips bail was revoke on 12/23/2021 thru 09/23/2021 A total of 331 days. That should bring Mr. Phillips Sr. Maximum date for the above docket to the date of October, 22, 2023. As show on the Attach dockment.

COPY'S

# DAUPHIN COUNTY PRISON



**Commissioners**
MIKE PRIES, CHAIRMAN
CHAD SAYLOR
GEORGE P. HARTWICK III

**Chief Clerk / Chief of Staff**
J. SCOTT BURFORD

501 MALL ROAD
HARRISBURG, PENNSYLVANIA 17111
TELEPHONE (717) 780-6800

**Director of Criminal Justice**
JOHN T. BEY

**Warden**
GREGORY C. BRIGGS

**Chief Deputy Warden- Security**
LIONEL PIERRE

**Deputy Warden- Treatment**
LATONYA RAY

**Deputy Warden- Operations**
BRUCE LeVALLEY

8/18/2023
RE: Phillips, Rashien
DOB 9/2/1978
RE: Dates of Incarceration

Hello,

Per your request to have the dates of the last confinement on docket 5260cr19.

9/17/2019 thru 11/6/2019 – released on bail
1/17/2020 thru 1/24/2020 – released back to York Co (in Dauphin Co on Writ)
2/21/2020 thru 2/27/2020 – released back to York Co (in Dauphin Co on Writ)
12/23/2021 thru 9/23/2022 – Sentenced on 9/23/2023  Released to SCI on 1/11/2023

You need to have your attorney file for any other time credit that you are requesting.

Thank you,
Dauphin Co Prison Records Department-BA
717-780-6800 ext 3888

Ref: 4638678 pg 3 of 7 for RASHIEN PHILLIPS SR

2022 SEP 23 PM 3:13

DAUPHIN COUNTY
PENNA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : IN THE COURT OF COMMON PLEAS |
| | : DAUPHIN COUNTY, PENNSYLVANIA |
| VS. | : |
| RASHIEN PHILLIPS | : NO. CP-22-CR-0005260-2019 |

### SENTENCING ORDER

AND NOW, this 23rd day of September, 2022, on the charge of simple assault, Defendant shall pay the costs of prosecution, no fine, be incarcerated in a state correctional institution, period of time the minimum of which shall be 12, the maximum of which shall be 24 months. He is entitled to time credit from December 27, 2021 until today's date.

Certified: A True Copy

SEP 23 2022

BY THE COURT:

_Patti A. Sites_
Acting Clerk of the Court

EDWARD M. MARSICO, JR., Judge

DISTRIBUTION:
  Landa L. Porter, Esquire, District Attorney
  Zachary Fleming, Esquire, Public Defender
  Robert Sisock, Deputy Court Administrator
  Dauphin County Prison Records
  State Correctional Institution
  File

dh

COPY'S

The sentence for Phillips, Rashien Amien was computed as follows:

| Date of Sentence | County or Magisterial District | Court Number and Term | Type Sentence | Minimum Yrs. | Minimum Mos. | Minimum Days | Maximum Yrs. | Maximum Mos. | Maximum Days | Judge or Magisterial District Judge | OTN (Include Alpha Suffix) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/23/2022 | Dauphin | 0005260-2019 | Ct 2 Conf. | 0 | 12 | 0 | 0 | 24 | 0 | The Honorable Edw | U 749625-2 |
| | | | Total Sentence | | | | | | | | |

Credit for Time Served

| Locked Up (Location) | Dates From | Dates To | No. of Days |
|---|---|---|---|
| Dauphin County Prison | 12/27/2021 | 09/23/2022 | 271 |
| | | Total | 271 |

All Detainers Must Be Attached To This Form    Total Number Of Detainers Attached

| Dated | Indict - Warrant Nos. | Remarks |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Recommendations of the Court

Jury Trial held before Judge Marsico on 9/21-9/23/2022.Ct 1:Agg Assault-Not Guilty.Ct 2:SA(M2)-Costs ONLY,12mos-24mos SCI,NO Contact w/Victim,Time Credit:12/27/21-9/23/22.Ct 3:Terr Threats-Not Guilty.

The Following Additional Reports are Attached
☐ Continuation Sheet (DC-300B, Part II)
☐ Arrest Report
☐ FBI
☐ Pre / Postsentence Investigation
☐ Behavior Clinic
☐ PSP
☐ Sentencing Sheet
☐ Sentencing Guidelines
☐ Statement of Costs
☐ Sentence Order
☐ Criminal Complaint

The Following Additional Reports will be Forthcoming
☐ Arrest Report
☐ Presentence or Postsentence Investigation

The 09/17/2019 (ECT) Time Credit is not Added 65 days.

Ms. Wilson
Records Specialist
SCI Huntingdon
1100 Pike Rd.
Huntingdon, PA

Amend paperwork

Rashien Phillips Sr.
SCI Huntingdon
P.O. Box 3302
St Petersburg, FL 33733

09/02/1978

CP-22-CR-0005260-2019

I believe I am entitled to time credit for the above Dauphin County Common Pleas case/docket, for the following reasons.

I've requested for Dauphin County

Prison to send the Dauphin County Clerk of Court this information to be added to the above docket for time credit, which is missing from the docket, as show on the Court Sentence Order.

I am Asking/Requesting for the time credit to be added/corrected on the above docket.

That should bring the maximum for this docket to the date of 10/22/2023. With the adding of 65 days of time credit. Attach documents of incorrect and

Correct incarceration date's and Phone number if need to verified the correct documents. A total of 65 days is needed to be correct to the docket.

Attorney Pro Se,

Rashien Phillips Sr.

*[signature]*

Distribution:

Patti A. Sites, Acting Clerk of Court

Robert Sisock, Deputy Court Administrator

Ms. Wilson, Records Specialist SCI Huntingdon

SCI HUNTINGDON
RECORDS DEPARTMENT
RECEIVED
SEP 06 2023

Form DC-135A

**INMATE'S REQUEST TO STAFF MEMBER**

Commonwealth of Pennsylvania
Department of Corrections

INSTRUCTIONS
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

1. To: (Name and Title of Officer)
Ms. Wilson / Records Specialist

2. Date: 09/04/23

3. By: (Print Inmate Name and Number)
Rushien Phillips Sr., QP-4003
_Rush Rison_ (Inmate Signature)

4. Counselor's Name: Mr. Grimme

5. Unit Manager's Name: Ms. Hollibaugh

6. Work Assignment: N/A

7. Housing Assignment: CB-3006

8. Subject: State your request completely but briefly. Give details.

Ms. Wilson I am requesting for my time credit to be added to this docket/case. I've write to Dauphin County Prison where I was incarcerate at for the uncredit time on this docket/case, as shown on the attach paperwork with phone number to call if needed. P.S. I've been asking for time credit for this docket since I've been in the SCI.

9. Response: (This Section for Staff Response Only)

Mr. Phillips,
I cannot award you any additional credit unless directed by the courts to do so. The courts would need to send amended 300B's & Sentencing Orders directly to me before I could make any changes.

To DC-14 CAR only ☐        To DC-14 CAR and DC-15 IRS ☐

STAFF MEMBER NAME _____  W. Wilson  DATE 9/6/23
                        Print                Signature

7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips        Attachment 3-A

## IV.  LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

Mr. Phillips Sr. is being held in "False Imprisonment" of docket number CP-22-CR-000 5260-2019 As of the date of October 22, 2023 And the time of Release hours.

## V.  INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Mental, Physical And Emotional stress and Ability stress

## VI.  RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

The Maximum of Money's for Any extra days, sec's And min's After the date of October 22, 2023. To Close the Above docket.

## VII. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

*Rashim A. Phillips Sr.*
Signature of Plaintiff

10/22/2023
Date

Smart Communications/PADOC
SCI Huntingdon
Name Rashien Phillips sr.
Number QP4003
PO Box 33028
St Petersburg FL 33733

INMATE MAIL
PA DEPARTMENT
OF CORRECTIONS

RECEIVED
SCRANTON
OCT 31 2023
PER _____
DEPUTY CLERK

United States District Court
Middle District of Pennsylvania
235 N. Washington Avenue
P.O. Box 1148
Scranton, PA 18501

US POSTAGE $001.75°
ZIP 16652
0000372161 OCT 23 2023